# United States Court of Appeals
## For the First Circuit

No. 07-1931

UNITED STATES OF AMERICA,

Appellee,

v.

RODRIGO CAMPUSANO,

Defendant, Appellant.

No. 07-2442

UNITED STATES OF AMERICA,

Appellee,

v.

JAIME PINILLOS,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on February 13, 2009, should be amended as follows.

On page 5, lines 18-21 change sentence: "Based on . . . one hundred kilos;" to read as follows: "Based on the combined testimony of Rafa, Toro and Pinillos, the district judge could reasonably find that the intended transaction was for one hundred kilos;".

On page 6, line 3, following "delivery" add sentence: "Indeed, Pinillos himself conceded on the stand that he was hoping to consummate a transaction for one hundred 'computers.'"

On page 8, line 23, add the word "initial" following the word "smaller".